JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAY GROUP LLC, an Illinois Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>SWAYBRAND INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No. 2:21-cv-03646-DSF-AS<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [25]** |

The Court, having considered the Stipulation by and between Plaintiff Sway Group, LLC and Defendant Swaybrand Inc., and for good cause shown, hereby orders as follows:

1. The entire action is hereby dismissed in its entirety with prejudice;

2. The parties will each bear their respective costs and attorney's fees as incurred in connection with this action;

///
///
///
///

3.    The Court will retain jurisdiction over this action to enforce the terms of the agreement entered into between the Parties as needed.

DATED: June 2, 2022

                                              DALE S. FISCHER
                                              United States District Judge